

NUMBER 13-08-00319-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF Y. E.

On Appeal from the County Court at Law No. 4
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Walter Elizondo, attempted to perfect an appeal from a "Master court's judgment entered on December 17, 2007." Upon review of the documents before the Court, it appears that there is no such order entered by the County Court at Law No. 4 of Hidalgo, County, Texas, in cause no. F-2067-01-4. It appears that the order from which this appeal was taken is not an appealable order.

On May 27, 2008, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1,

42.3.  Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction.  *See id.*  Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.  *See id.* 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered
and filed this the 21st day of August, 2008.

2